UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| **CARA NICHOLS and CYNTHIA MORRIS,**<br><br>    Plaintiffs,<br><br>V.<br><br>**FIREBORN ENERGY, LLC,**<br><br>    Defendant. | **CIVIL NO. 6:19-154-KKC**<br><br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

By Opinion and Order dated March 25, 2021 the Court granted the Plaintiffs' Partial Summary Judgment Motion on their Declaratory Cause of Action and denied the Defendant's Counterclaim, which sought compensation in the amount of $110,565.00. (DE 55). To discuss resolving the remaining issues, the Court convened this matter for a telephonic status conference on April 7, 2021. There, counsel for the parties advised that all remaining claims have been resolved and that the parties seek dismissal of this case.

Accordingly, all claims having been resolved by all parties, the Court HEREBY ORDERS that this case is DISMISSED.

Dated April 7, 2021.

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY